IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 10 C 1254 |
| | ) | |
| JLH TRUCKING, INC., | ) | JUDGE MILTON I. SHADUR |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, JLH TRUCKING, INC., an Illinois corporation, in the total amount of $65,091.38, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $18,989.35.

On March 9, 2010, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to her personally at her place of business. Therefore, Defendant's answer was due on March 30, 2010. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>10th</u> day of <u>November 2011</u>:

                Ms. Juanita L. Harmon, Registered Agent/President
                JLH Trucking, Inc.
                1645 N. Rutherford
                Chicago, IL   60707

                /s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\731exc\JLH Trucking\#21731\motion for default judgment.lmf.df.wpd